The OHIO, &c. Railroad Company *v.* RIDGE.—In error.

THE act incorporating the *Ohio* and *Indianapolis* Railroad Company is an act which operates upon particular persons and private concerns, and is therefore a private act. Such acts are not noticed by the Court, unless their contents are

set out in pleading ; a mere reference to them being insufficient. They are regarded in pleading as matters of fact, the existence of which may be denied by plea. 1 Bl. Comm. 86.—Gould's Pl. 56.—Bac. Abr. tit. Stat. F. & L.